# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TOTAL QUALITY LOGISTICS, LLC | ) | Case No. 1:18-cv-00073-SJD |
| Plaintiff | ) | Judge: Dlott |
| v. | ) | |
| WALTER, et al. | ) | AGREED ORDER |
| Defendants | ) | |

It is hereby agreed by counsel for Plaintiff and counsel for Defendants that the within action shall be remanded to Clermont County Court of Common Pleas.

_____
Judge Dlott

/s/ Barry F. Fagel
Barry F. Fagel (#0060122)
LINDHORST & DREIDAME
312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202
Telephone: (513) 421-6630
Facsimile: (513) 421-0212
E-mail: bfagel@lindhorstlaw.com
**Attorneys for Plaintiff**

/s/ Chad Sizemore
Chad Sizemore (#0079330)
Roetzel & Andress LPA
250 E. Fifth St. Suite 310
Cincinnati, OH 45202
Telephone: (513) 361-8294
Facsimile: (513) 361-0335
E-mail: csizemore@ralaw.com
**Attorney for Defendants**

639104.1